UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE PRICE                                                    CIVIL ACTION

VERSUS                                                          NO. 09-2868

NEW ORLEANS POLICE                                              SECTION "N" (4)
DEPARTMENT, ET AL.

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Willie Price's § 1983 Complaint filed against the New Orleans Police Department, Steven Keller, Warren Keller, and John Barbetti is **DISMISSED WITH PREJUDICE** as frivolous because it is time-barred pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 25th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE